THE PEOPLE OF THE STATE OF NEW YORK ex rel. NIAGARA FALLS HYDRAULIC POWER AND MANUFACTURING COMPANY, Appellant, *v.* THOMAS J. SMITH et al., as Assessors of the City of Niagara Falls, Respondents.

*People ex rel. Niagara Falls P. & M. Co.* v. *Smith,* 70 App. Div. 543, affirmed.

(Argued April 27, 1903; decided May 12, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1902, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of defendants in assessing relator's property.

*Eugene Cary* for appellant.

*Augustus Thibaudeau* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, VANN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.

----

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAYTON T. EASTMAN, Appellant, *v.* MICHAEL SCOTT et al., as Commissioners of Highways of the Town of Callicoon, Respondents.

*People ex rel. Eastman* v. *Scott,* 70 App. Div. 618, appeal dismissed.

(Submitted April 28, 1903; decided May 12, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 18, 1902, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to require the defendants to open a certain highway in the town of Callicoon.

*J. M. Maybee* for appellant.

*Rufus C. Maltby* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, VANN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.